# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Kim Adams,<br><br>         Debtor,<br>_____<br>RoundPoint Mortgage Servicing Corporation,<br><br>         Movant,<br>vs.<br><br>Kim Adams, Debtor, and Edward J Maney, Trustee,<br><br>         Respondents. | Chapter 13<br><br>Bankruptcy Case No. 2:17-bk-07974-MCW<br><br>**ORDER LIFTING STAY AND CO-DEBTOR STAY**<br>**[Re: 17470 W REDWOOD LN, GOODYEAR, AZ 85338]** |

Movant's Motion for Relief From the Automatic Stay and Co-Debtor Stay having been properly noticed and no objections thereto having been filed,

IT IS HEREBY ORDERED that the automatic stay and co-debtor stay as to Movant is terminated with reference to real property generally described as 17470 W REDWOOD LN, GOODYEAR, AZ 85338 ("Property" herein) and legally described as follows:

Lot 51, PROVINCE AT ESTRELLA MOUNTAIN RANCH PARCEL 7, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 917 of Maps, Page 47.

**SIGNED AND DATED ABOVE**